452 A.2d 1095

Igo, et ux., Appellants v. Republic Steel Corp.
Petition for Allowance of Appeal Denied Feb. 24, 1983.

 Argued June 16, 1982. Lawrence R. Chaban, for appellants; Thomas A. Matis, for appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.

452 A.2d 1095

Mitchell v. Mitchell, Sr., Appellant.

Argued June 17, 1982. Zeno Fritz, for appellant; Rosalia G. Parker, for appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.